**GIBBONS P.C.**
Geraldine E. Ponto
One Gateway Center
Newark, NJ 07102-5310
Telephone: (973) 596-4500
Attorneys for Lindabury, McCormick, Estabrook
& Cooper, P.C.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BAYONNE MEDICAL CENTER,<br><br>Debtor.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>v.<br><br>LINDABURY, McCORMICK, ESTABROOK & COOPER, P.C.,<br><br>Defendant. | Chapter 11<br><br>Case No. 07-15195 (MS)<br><br><br><br>Adv. Proc. No. 09-1577 |

### CERTIFICATION OF SERVICE

I, Roger A. Fitzgerald, of full age, hereby certify as follows:

1. I am a senior paralegal employed with the law firm of Gibbons P.C., attorneys for Lindabury, McCormick, Estabrook & Cooper, P.C., the defendant in the above-captioned adversary proceeding.

2. On June 15, 2009, I filed through the Court's case management/electronic case file system and caused to be served upon the parties on the Service List annexed hereto, by United States first-class mail, postage prepaid, a copy of the following:

- Defendant's Answer and Affirmative Defenses to Adversary Complaint for Recovery of Preferential Transfers.

I certify that the foregoing statements made by me are true. I am aware that if any of the above statements are false, I am subject to punishment.

Dated: Newark, New Jersey
June 16, 2009

                                        /s/ Roger A. Fitzgerald
                                           Roger A. Fitzgerald

#1416831 v1
108520-63881

**IN RE BAYONNE MEDICAL CENTER**
**Case No. 07-15195 (MS)**

**Official Committee of Unsecured Creditors of Bayonne Medical Center v.**
**Lindabury, McCormick, Estabrook & Cooper, P.C.**
**Adv. Proc. No. 09-1577**

**SERVICE LIST**

| | |
|---|---|
| Valerie A. Hamilton, Esq.<br>Sills Cummis & Gross, PC<br>650 College Road East<br>Princeton, NJ 08540<br><br>*Attorneys for Plaintiff* | Andrew Sherman, Esq.<br>Sills Cummis & Gross, PC<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102<br><br>*Attorneys for Plaintiff* |
| Stephen V. Falanga, Esq.<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, NJ 07068<br><br>*Attorneys for Allen D. Wilen, Liquidating*<br>*Trustee and Estate Representative* | |